IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KADEN STEPPHAN KOSTI,**<br><br>                Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF UTAH HEALTH CLINIC,**<br><br>                Defendant. | **ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION**<br><br>Case No. 2:18-CV-421-DAK-JCB<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Jared C. Bennett** |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On April 22, 2020, Magistrate Judge Warner issued a Memorandum Decision and Order concluding that Plaintiff's Complaint failed to state claims upon which relief can be granted and allowing Plaintiff an opportunity to file an Amended Complaint by May 22, 2020. The case was subsequently reassigned to Magistrate Judge Jared C. Bennett. On June 3, 2020, Magistrate Judge Bennett issued a Report and Recommendation recommending that Plaintiff's action be dismissed because he failed to file an Amended Complaint. The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is past the time for filing objections, the court has not received any objections to the Report and Recommendation.

      The court has reviewed the case *de novo* and fully agrees with the analysis in Magistrate

Judge Warner's Memorandum Decision and Order and Magistrate Judge Bennett's Report and Recommendation. The court, therefore, adopts the Report and Recommendation as the Order of the court. Accordingly, this action is DISMISSED.

DATED this 29th day of June, 2020.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge